

2015 JUL 7 AM 9 55

U.S. BANKRUPTCY COURT
RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Ilia Charov
1708 Cordoba Lane
Las Vegas, NV 89108

CASE NO: 15-13297-MKN
CHAPTER 13
ADV - 15-01107-MKN

## NOTICE OF PENDENCY OF ACTION

Notice is given that an action affecting title to my real property has been filed in the United States Bankruptcy Court for the District of Nevada, case number **15-01107-mkn**

The parties names:    Ilia Charov *and* Rick A. Yarnall *as Trustee*, Plaintiffs, v. "Bank of New York Mellon, f/k/a Bank of New York, as Trustee, on behalf of the registered holders of Alternative Loan Trust 2006-OC2, Mortgage Pass-Through Certificates Series 2006-OC2," and Select Portfolio Servicing, Inc., Defendants

The object of the action or affirmative defense:  **To determine the validity or extent of Defendants' claims against the subject real property.**

The relief demanded:  **Defendants have no standing as real parties in interest to foreclose and are not entitled to enforce the obligation the mortgage secures**

Description of the property affected:  **see attached**

*Submitted with all rights reserved on July 7, 2018*

*Ilia Charov* 
Ilia Charov, Owner

20051965137

## EXHIBIT "A"

LOT 19, OF VISTA DEL ORO SOUTH AMENDED, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 668 OF MAPS, PAGE 28.

7014 2120 0001 0779 3941    7014 2120 0001 0779 3873