| | |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| 2 | Dana Jonathon Nitz, Esq.<br>Nevada Bar No. 00050 |
| 3 | Christopher A. J. Swift, Esq.<br>Nevada Bar No. 11291 |
| 4 | 7785 W. Sahara Ave., Suite 200 |
| 5 | Las Vegas, NV 89117<br>(702) 475-7964; Fax: (702) 946-1345 |
| 6 | cswift@wrightlegal.net |

*Attorney for Secured Creditor, The Bank of New York Mellon, f/k/a Bank of New York, as Trustee, on behalf of the registered holders of Alternative Loan Trust 2006-OC2, Mortgage Pass-Through Certificates Series 2006-OC2*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In re:<br><br>ILIA CHAROV<br><br>Debtor.<br>_____<br>ILIA CHAROV<br><br>Plaintiff,<br><br>v.<br><br>BANK OF NEW YORK MELLON<br><br>Defendant. | Case No.: 15-13297-mkn<br>Chapter:  13<br><br>Adversary Proceeding No.: 15-01107-mkn<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |
|---|---|

TO:    ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that Christopher A. J. Swift, Esq., of Wright, Finlay & Zak, LLP, enters his appearance as counsel of record for Defendant, The Bank of New York Mellon, f/k/a Bank of New York, as Trustee, on behalf of the registered holders of Alternative Loan Trust 2006-OC2, Mortgage Pass-Through Certificates Series 2006-OC2, incorrectly named as Bank of New York Mellon, and requests that all notices given in this case and all

1  papers served or required to be served in this case be given to and served upon the undersigned
2  at the following address and telephone number:

3          Christopher A. J. Swift, Esq.
        7785 W. Sahara Ave., Suite 200
4          Las Vegas, NV 89117
5          (702) 475-7964
        cswift@wrightlegal.net
6
7  DATED this 13 day of July, 2015.

8          WRIGHT, FINLAY & ZAK, LLP

9          _____
10         Christopher A. J. Swift, Esq.
        Nevada Bar No. 11291
11         7785 W. Sahara Ave., Suite 200
        Las Vegas, NV 89117
12         *Attorneys for The Bank of New York Mellon, f/k/a*
13         *Bank of New York, as Trustee, on behalf of the*
        *registered holders of Alternative Loan Trust 2006-*
14         *OC2, Mortgage Pass-Through Certificates Series*
        *2006-OC2*
15

16

17

18

19

20

21

22

23

24

25

26

27

28