NVB 5075 (Rev. 6/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–15–13297–mkn<br>CHAPTER 13 |
| ILIA CHAROV ,<br>                    Debtor(s) | |
| | Adversary Proceeding: BK–15–01107–mkn |
| ILIA CHAROV, et al,<br>                    Plaintiff(s) | NOTICE OF DOCKETING ERROR |
| vs | |
| BANK OF NEW YORK MELLON, et al,<br>                    Defendant(s) | |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | **7** – Notice of Appearance and Request for Notice Filed by DANA JONATHON NITZ on behalf of BANK OF NEW YORK MELLON (NITZ, DANA) |
| Filed On: | 7/13/15 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please Refer to the Local Rules and file an amended pleading or file in the correct case immediately.

Dated: 7/14/15

*Mary A. Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at http://www.nvb.uscourts.gov**