NVB 250B (Rev. 10/14)

# CERTIFICATE OF SERVICE

IN RE:                                          BK-15-13297-mkn
                                                CHAPTER 13
ILIA CHAROV,
                        Debtor(s)
                                                Adversary Proceeding: BK-15-01107-mkn

ILIA CHAROV                                     COMPLAINT, SUMMONS
RICK A. YARNALL, et al,                         STANDARD DISCOVERY PLAN AND
                        Plaintiff(s)            SCHEDULING ORDER PACKET

vs                                              Hearing Date: October 22, 2015
                                                Hearing Time: 10:00 AM
BANK OF NEW YORK MELON, F/K/A A BANK OF
NEW YORK, et al,
                        Defendant(s)

I, _____, certify that I am at least 18 years old and not a party to the matter concerning
         (name)
which service of process was made. I further certify that the service of this summons and a copy of the complaint
along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made
on _____
         (date)
by:

☐    Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:


☐    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:


☐    Residence Service: By leaving the process with the following adult at:


☒    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail
     addressed to the following officer of the defendant at: KAREN PEETZ - PRESIDENT OF BONY MELON,
     1 WALL STR., NY, NY, 10286

☐    Publication: The defendant was served as follows: (Describe briefly)


☐    State Law: The defendant was served pursuant to the laws of the State of _____,
     as follows: (Describe briefly)                                              (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: July 22.15                                Signature: Ilia Charov

Print Name: ILIA CHAROV
Business Address: PO box 19153
City: LV            State: NV       Zip: 89132

NVB 250B (Rev. 10/14)

# CERTIFICATE OF SERVICE

IN RE:

ILIA CHAROV,
　　　　　　　　　　Debtor(s)

BK-15-13297-mkn
CHAPTER 13

Adversary Proceeding: BK-15-01107-mkn

ILIA CHAROV
RICK A. YARNALL, et al,
　　　　　　　　　　Plaintiff(s)

vs

BANK OF NEW YORK MELON, F/K/A A BANK OF NEW YORK, et al,
　　　　　　　　　　Defendant(s)

COMPLAINT, SUMMONS
STANDARD DISCOVERY PLAN AND
SCHEDULING ORDER PACKET

Hearing Date: October 22, 2015
Hearing Time: 10:00 AM

I, __ILIA CHAROV__, certify that I am at least 18 years old and not a party to the matter concerning
　　　(name)
which service of process was made. I further certify that the service of this summons and a copy of the complaint along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made on _____
　　　(date)

by:

☐　Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐　Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐　Residence Service: By leaving the process with the following adult at:

☒　Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:
　　Bank of NY Melon, 1 Wall St.
　　NY, NY 10286

☐　Publication: The defendant was served as follows: (Describe briefly)

☐　State Law: The defendant was served pursuant to the laws of the State of _____,
　　as follows: (Describe briefly)　　　　　　　　　　　　　　　　　　　　　(name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: July 6, 2015     Signature: Ilia Charov

Print Name: ILIA CHAROV
~~Business~~ Address: 1708 CORDOBA LN ap C
City: LAS VEGAS    State: NV    Zip: 89132

NVB 250B (Rev. 10/14)

# CERTIFICATE OF SERVICE

| | |
|---|---|
| IN RE: | BK-15-13297-mkn |
| ILIA CHAROV, | CHAPTER 13 |
| Debtor(s) | |
| | Adversary Proceeding: BK-15-01107-mkn |
| ILIA CHAROV | COMPLAINT, SUMMONS |
| RICK A. YARNALL, et al, | STANDARD DISCOVERY PLAN AND |
| Plaintiff(s) | SCHEDULING ORDER PACKET |
| | Hearing Date: October 22, 2015 |
| vs | Hearing Time: 10:00 AM |
| BANK OF NEW YORK MELON, F/K/A A BANK OF NEW YORK, et al, | |
| Defendant(s) | |

I, _____, certify that I am at least 18 years old and not a party to the matter concerning
          (name)
which service of process was made. I further certify that the service of this summons and a copy of the complaint along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made on _____
          (date)

by:

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:


☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:


☐ Residence Service: By leaving the process with the following adult at:


☒ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:
WRIGHT, FINLAY PZAK LLP
7785 W. SAHARA AV, SU 200, LV NV 89117

☐ Publication: The defendant was served as follows: (Describe briefly)


☐ State Law: The defendant was served pursuant to the laws of the State of _____,
    as follows: (Describe briefly)                                                              (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: July 28. 15                                        Signature: Lia Charov

| | |
|---|---|
| Print Name: | LIA CHAROV |
| Business Address: | PO Box 19153 |
| City: LV    State: NV    Zip: 89132 | |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bank of New York Mellon
1 Wall Str
New York, New York 10286

9590 9401 0013 5071 0037 17

2. Article Number (Transfer from service label)

7014 2120 0001 0779 3941

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

☐ Agent
☐ Address

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Karen Peetz
President of BONY Mellon
1 Wall Str, NY, NY, 10286

9590 9403 0216 5146 3577 24

7010 1670 0002 4506 8151

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X    Damar Williams
     BNY Mellon, 101 Barclay St.
     New York, NY 10286

☐ Agent
☐ Address

B. Received by (Printed Name)    C. Date of Delivery
                                  7/14/15

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
   Mail
   Mail Restricted Delivery
   (00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

NEW YORK NY 10286

| | | |
|---|---|---|
| Postage | $ | 3.45 | 0007 |
| Certified Fee | $2.80 | |
| | $0.00 | 35  Postmark Here |
| Return Receipt Fee (Endorsement Required) | $0.00 | |
| | N/A | |
| Restricted Delivery Fee (Endorsement Required) | N/A | |
| | $0.93 | 07/10/2015 |
| Total Postage & Fees | $ | $7.18 |

Sent To: Karen Peetz - President
Street, Apt. No.; or PO Box No. BONY Mellon, 1 Wall Str
City, State, ZIP+4 NY, NY, 10286

PS Form 3800, August 2006    See Reverse for Instructions

7010 1670 0002 4506 8151

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

NEW YORK NY 10286

| | |
|---|---|
| Postage | $ $3.45 |
| Certified Fee | $2.80 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | N/A |
| | $0.93 |
| Total Postage & Fees | $ $7.18 |

Postmark: LAS VEGAS 07/02/2015

Sent To: Bank of NY Mellon
Street & Apt. No., or PO Box No. 1 Wall Str
City, State, ZIP+4 NY, NY 10286

PS Form 3800, July 2014    See Reverse for Instructions

7014 2120 0001 0779 3941