|  |  |
|---|---|
| When recorded mail to:<br><br>Name: _LIA CHAROV_<br>Address: _PO BOX 19153_<br><br>City/State/Zip: _LAS VEGAS NV 89132_<br><br>APN NO: _304-72-466_ | OFFICIAL RECORDS OF<br>MARICOPA COUNTY RECORDER<br>HELEN PURCELL<br>2015-0506396 07/14/15 04:06 PM<br>PAPER RECORDING<br><br>0553616-3-1-1<br>Palumboa<br><br>this area reserved for county recorder |

## CAPTION HEADING:

_Lis Pendens_

## DO NOT REMOVE

This is part of the official document

(mag)

RECEIVED AND FILED
2015 JUL 28 PM 2 21
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK



2015 JUL 7 AM 9 55

U.S. ...

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

    Ilia Charov
    1708 Cordoba Lane
    Las Vegas, NV 89108

CASE NO: 15-13297-MKN
CHAPTER 13
ADV - 15-01107-MKN

## NOTICE OF PENDENCY OF ACTION

Notice is given that an action affecting title to my real property has been filed in the United States Bankruptcy Court for the District of Nevada, case number **15-01107-mkn**

| | |
|---|---|
| The parties names: | Ilia Charov *and* Rick A. Yarnall *as Trustee*, Plaintiffs, v. "Bank of New York Mellon, f/k/a Bank of New York, as Trustee, on behalf of the registered holders of Alternative Loan Trust 2006-OC2, Mortgage Pass-Through Certificates Series 2006-OC2," and Select Portfolio Servicing, Inc., Defendants |

The object of the action or affirmative defense: **To determine the validity or extent of Defendants' claims against the subject real property.**

The relief demanded: **Defendants have no standing as real parties in interest to foreclose and are not entitled to enforce the obligation the mortgage secures**

Description of the property affected: **see attached**

*Submitted with all rights reserved on July 7, 2018*

                                              *[signature]*
                                              Ilia Charov, Owner

I certify that this is a true copy.
Attest: _____
       Deputy Clerk, Bankruptcy Court

EXHIBIT "A"

LOT 19, OF VISTA DEL ORO SOUTH AMENDED, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 668 OF MAPS, PAGE 28.