NVB 5075 (Rev. 6/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−15−13297−mkn |
| | CHAPTER 13 |
| ILIA CHAROV, | |
|             Debtor(s) | Adversary Proceeding: BK−15−01107−mkn |
| | |
| ILIA CHAROV, et al, | NOTICE OF DOCKETING ERROR |
|            Plaintiff(s) | |
| vs | |
| BANK OF NEW YORK MELLON, et al, | |
|            Defendant(s) | |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *12* − Notice Filed by ILIA CHAROV (Related document(s)6 Document filed by Plaintiff ILIA CHAROV.)(arv) |
| Filed On: | 7/28/15 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF is missing a case number or adversary number. Please file an amended pleading immediately.
* PDF has an incorrect case caption. Please Refer to the Local Rules and file an amended pleading or file in the correct case immediately.
* Document appears to be missing original signatures and must be re−filed in its entirety as an amended document immediately.

Dated: 7/29/15

                                                                                      Mary A. Schott
                                                                                      Clerk of Court

**For additional information, please visit the court's web site at http://www.nvb.uscourts.gov**