NVB 250B (Rev. 10/14)

# CERTIFICATE OF SERVICE

RECEIVED AND FILED
2015 AUG 12 PM 3 01
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

IN RE:

ILIA CHAROV,
_____ Debtor(s)

BK-15-13297-mkn
CHAPTER 13

Adversary Proceeding: BK-15-01107-mkn

ILIA CHAROV
RICK A. YARNALL, et al,
                        Plaintiff(s)

vs

BANK OF NEW YORK MELON, F/K/A A BANK OF
NEW YORK, et al,
                        Defendant(s)

COMPLAINT, SUMMONS
STANDARD DISCOVERY PLAN AND
SCHEDULING ORDER PACKET

Hearing Date:  October 22, 2015
Hearing Time:  10:00 AM

I, _Ilui Oromanova_ (name), certify that I am at least 18 years old and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint ~~along with the Standard Discovery Plan and Scheduling Order packet, as~~ required by Local Rule 7016(b), was made on _____ (date)

by:

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☒ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:
WRIGHT, FINLAY, ZAK. LLP
7785 W. SAHARA AV., Su 200, LV, NV, 89117

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____, (name of state) as follows: (Describe briefly)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: AUG 10, 2015                Signature: /s/ Dim Topuanova

Print Name: Dim Topuanova
Business Address: Po box 19153
City: Las Vegas    State: NV    Zip: 89132