NVB 250B (Rev. 10/14)

# CERTIFICATE OF SERVICE

RECEIVED AND FILED

2015 OCT 26 PM 2 14

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

IN RE:

ILIA CHAROV,
                             Debtor(s)

BK-15-13297-mkn
CHAPTER 13

Adversary Proceeding: BK-15-01107-mkn

ILIA CHAROV
RICK A. YARNALL, et al,
                             Plaintiff(s)

vs

BANK OF NEW YORK MELLON, et al,
                             Defendant(s)

COMPLAINT, SUMMONS
STANDARD DISCOVERY PLAN AND
SCHEDULING ORDER PACKET

Hearing Date:  October 22, 2015
Hearing Time:  10:00 AM

I, Ilia Toroua (name) certify that I am at least 18 years old and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint along with the ~~Standard Discovery Plan and Scheduling Order packet~~, as required by Local Rule 7016(b), was made on 10/8/2015 (date) Application for preliminary injunction

by:

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☒ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:
(1) Select Portfolio Services
    Attn Legal Dep.
    PO Box 65250, SLC, UT 84146
(2) Wright Finlay Zac LLP
    7785 W. Sahara Av
    Las Vegas NV 89117

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____, (name of state) as follows: (Describe briefly)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: Oct 23, 2015                   Signature: [signature]

Print Name: Dimi Toromanova
Business Address: PO Box 19153
City: Las Vegas    State: NV    Zip: 89132



