WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Christopher A. J. Swift, Esq.
Nevada Bar No. 11291
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cswift@wrightlegal.net
*Attorneys for The Bank of New York Mellon, f/k/a Bank of New York, as Trustee AS Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-OC2, Mortgage Pass-Through Certificates Series 2006-OC2 and Select Portofolio Servicing, Inc.*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br><br> ILIA CHAROV <br><br> Debtor. <br><br> ——————————— <br> ILIA CHAROV AND RICK A. YARNALL as TRUSTEE BANK <br> Plaintiffs <br><br> v. <br><br> BANK OF NEW YORK MELLON, AS TRUSTEE BANK, et. al. <br><br> Defendant | Adversary Case No. 15-01107-mkn <br> Case No.: 15-13297-mkn <br> Chapter: 13 <br><br> **NOTICE OF HEARING** <br><br> Hearing Date: January 14, 2016 <br> Hearing Time: 10:00 am |

To:    ALL INTERESTED PARTIES

NOTICE IS HEREBY GIVEN that a MOTION TO DISMISS COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR MORE DEFINITE STATEMENT was filed herein by Christopher A. J. Swift, Esq., attorney for The Bank of New York Mellon, f/k/a Bank of New York, as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-OC2, Mortgage Pass-Through Certificates Series 2006-OC2 and Select Portfolio

Servicing, Inc.. The motion seeks the following relief: Secured Creditor seeks an order dismissing the Plaintiffs' complaint filed on June 30, 2015.

Any Opposition must be filed pursuant to Local Rule 9014(d)(1):

> (1) Except as set out in subsection (3) below, any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.
>
> (2) Except as set out in subsection (3) below, any reply memorandum must be filed and served no later than seven (7) days preceding the hearing date.
>
> (3) Subsections (d)(1) and (2) do not apply to:
>
> (A) Motions for summary judgment brought in any adversary proceeding;
>
> (B) Motions for which an order shortening the time for the hearing date has been obtained; and
>
> (C) Motions or contested matters for which the court has set a separate briefing schedule either in open court or by separate order.
>
> (4) For motions sought to be heard on shortened time, including when such motions are brought in an adversary proceeding, responses and replies will be due as set forth in the order granting the request that the motion be heard on shortened time or as provided in LR 9006.

If an objection is not timely filed and served, the relief requested may be granted without a hearing:

---

Local Rule 9014(b)(1): If you object to the relief requested, you must file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may refuse to allow you to speak at the scheduled hearing; and
- The court may rule against you without formally calling the matter at the hearing.

---

NOTICE IS FURTHER GIVEN that the hearing on the said Motion will be held before a United States Bankruptcy Judge at the Foley Federal Building, Courtroom 2, U.S. Bankruptcy Court, 300 Las Vegas. Boulevard South, Las Vegas, Nevada on **January 14, 2016,** at **10:00 A.M.**

Dated: November 13, 2015        WRIGHT, FINLAY & ZAK, LLP

/s/ Christopher A. J. Swift
Christopher A. J. Swift, Esq.
Nevada Bar No. 11291
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
*Attorneys for The Bank of New York Mellon, f/k/a Bank of New York, as Trustee AS Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-OC2, Mortgage Pass-Through Certificates Series 2006-OC2 and Select Portofolio Servicing, Inc.*