WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Christopher A. J. Swift, Esq.
Nevada Bar No. 11291
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cswift@wrightlegal.net
*Attorneys for The Bank of New York Mellon, f/k/a Bank of New York, as Trustee AS Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2006-OC2, Mortgage Pass-Through Certificates Series 2006-OC2 and Select Portofolio Servicing, Inc.*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Adversary Case No. 15-01107-mkn |
| | Case No.: 15-13297-mkn |
| ILIA CHAROV | Chapter: 13 |
| Debtor. | |
| | |
| ILIA CHAROV AND RICK A. YARNALL as TRUSTEE BANK | |
| Plaintiffs | |
| v. | |
| BANK OF NEW YORK MELLON, AS TRUSTEE BANK, et. al. | |
| Defendant | |

## CERTIFICATE OF SERVICE

1. On November 20, 2015, I served the following document(s):

**MOTION TO DISMISS COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR MORE DEFINITE STATEMENT and NOTICE OF HEARING**

2. I served the above-named document(s) by the following means to the persons as listed below:

(Check all that apply)

■ a. ECF System (You must attach the "Notice of Electronic Filing", or list all persons and address and attach additional paper if necessary)

DANA JONATHON NITZ on behalf of Defendant BANK OF NEW YORK MELLON
dnitz@wrightlegal.net, ebaker@wrightlegal.net;jcraig@wrightlegal.net

DANA JONATHON NITZ on behalf of Defendant SELECT PORTFOLIO SERVICING, INC.
dnitz@wrightlegal.net, ebaker@wrightlegal.net;jcraig@wrightlegal.net

RICK A. YARNALL
ecfmail@LasVegas13.com, ecfimport@lasvegas13.com

■ b. United States mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary)

ILIA CHAROV
1708 CORDOBA LANE
LAS VEGAS, NV 89108

☐ c. Personal Service (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

_____

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. By direct email (as opposed to through the ECF System) (List persons and email addresses. Attach additional paper if necessary)

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e.  **By fax transmission** (List persons and fax numbers. Attach additional paper if necessary)

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f.  **By messenger** (List persons and addresses. Attached additional paper if necessary)

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to the Certificate of Service).

I declare under penalty of perjury that the foregoing is true and correct.

Signed on this 20th day of November, 2015.

_____
An employee of Wright, Finlay & Zak, LLP